UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
BETH P. GESNER
CHIEF UNITED STATES MAGISTRATE JUDGE
MDD_BPGchambers@mdd.uscourts.gov

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-4288

November 4, 2019

Memorandum to Counsel

    Subject:   <u>Estate of Arturo Giron Alvarez et al v. The Johns Hopkins University et al</u>
                    Civil No.: TDC-15-950

Dear Counsel:

      I reviewed the November 1, 2019 letters from Mr. LoBue (ECF No. 364) and Mr. Caton (which I have asked to be docketed, as it should have been but was not).  As noted by Mr. LoBue, Mr. Caton's letter is non- compliant with my informal discovery dispute procedure.  Accordingly, I am directing the parties to confer and submit a joint letter which fully addresses any issues you intend to bring to my attention.  Please do not file additional letters regarding your disputes until the joint letter has been filed.

      Despite the informal nature of this letter, it will constitute an Order of the court and will be docketed accordingly.

                                          Very truly yours,

                                          /s/

                                          Beth P. Gesner
                                          Chief United States Magistrate Judge