*Meridian 361*

International Law Group, PLLC

F R. JENKINS, ESQ.
*Attorney-at-Law, State of Maine, Commonwealth of Virginia*
*Barrister (Honourable Society of the Middle Temple), England and Wales*
*Barrister and Solicitor, St. Vincent and the Grenadines*

Direct: +1-202-361-4944
Email: Jenkins@meridian361.com

97A EXCHANGE STREET
SUITE 202
PORTLAND, MAINE 04101
UNITED STATES *of* AMERICA

Reception: +1-866-338-7087 · Fax: +1-202-315-3894
www.meridian361.com

November 1, 2019

**BY ELECTRONIC MAIL – MDD_BPGChambers@mdd.uscourts.gov**

Chief United States Magistrate Judge Gesner
101 West Lombard Street
Baltimore, MD 21201

Re:   Estate of Arturo Giron Alvarez, et al. v. The Johns Hopkins University, et al., Civ. No.: TDC-15-0950

Dear Magistrate Judge Gesner:

Per your Order of February 15, 2018, the Plaintiffs submit this brief letter to request assistance regarding a discovery dispute and to confirm that the parties have attempted to resolve the dispute on their own, have held a Local Rule 104.7 teleconference on October 22, 2019, and have further conferred by the exchange of additional correspondence to narrow the issues without success.

Your Honor's Order of July 29, 2019 (ECF no. 344) stated that "[i]f, after plaintiffs have completed 10 8-hour day visits with 4 representatives, plaintiffs have not completed their review, plaintiffs may seek leave of the court, for good cause shown, for an extension of time." Plaintiffs had representatives complete the 10 8-hour day visits and the 10th inspection day was Friday, September 13, 2019.

There remain a number of documents and microfilms that have not been reviewed. Some due to lack of time and some due to the failure of Defendant TRF to produce documents.

Plaintiffs seek leave of court for three (3) additional days to continue their inspection.

Respectfully Submitted,

*/s/ Matthew Caton*

Matthew Caton

CC:   Defendant TRF's Counsel
      Plaintiffs' Counsel