UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| Estate of Arturo Giron Alvarez, et al., <br><br> Plaintiffs, <br><br> v. <br><br> The Johns Hopkins University, et al., <br><br> Defendants. | Case No. 1:15-cv-950 TDC |

## JOINT RECORD INDEX

| Exhibit | Description |
|---|---|
| Ex. 1 | PCSBI Report - Ethically Impossible, STD Research in Guatemala from 1946 to 1948, Presidential Commission for the Study of Bioethics (Sept. 2011) |
| Ex. 2 | Draft Letter from Dr. Moore to Dr. C. J. Van Slyke (May 26, 1947) |
| Ex. 3 | Letter From Joseph Moore to A.N. Richards (Feb. 1, 1943) |
| Ex. 4 | Final John C. Cutler Report (Dec. 8, 1948) |
| Ex. 5 | Letter From John F. Mahoney to John C. Cutler (May 17, 1947) |
| Ex. 6 | Secret-Confidential: Experimental Studies in Gonorrhea (Oct. 29, 1952) |
| Ex. 7 | Letter from John C. Cutler to John F. Mahoney (Sept. 20, 1947) |
| Ex. 8 | Letter From John F. Mahoney to John C. Cutler (June 30, 1947) |
| Ex. 9 | Letter From John C. Cutler to John F. Mahoney (June 6, 1947) |
| Ex. 10 | Letter from John C. Cutler to John F. Mahoney (June 22, 1947) |
| Ex. 11 | Chancroid Experiment - Clinical Notebook |
| Ex. 12 | Lombardo Deposition Transcript |
| Ex. 13 | Report of the International Commission of Jurists Expert Legal Panel on Corporate Complicity in International Crimes, Corporate Complicity & Legal Accountability, Vol. 3; Civil Remedies (2008) |
| Ex. 14 | Jason L. Schwartz Expert Report |
| Ex. 15 | Letter from John F. Mahoney to John C. Cutler (June 30, 1947) |
| Ex. 16 | Renap - Declaration Of Fernando José Díaz Durán Corzo |
| Ex. 17 | Viuda de Valiente Cedula Identification |
| Ex. 18 | Viuda de Valiente Answers to Interrogatories (Nov. 2018) |

Ex. 19   Manuel Chun Mucu Deposition Transcript (Nov. 6, 2018)
Ex. 20   Manuel Chun Mucu Blood Test
Ex. 21   Experimental Record Naming Manuel Chun as Subject
Ex. 22   Abdiel Orozco Aguirre Deposition Transcript (Mar. 5, 2019)
Ex. 23   Abdiel Orozco Aguirre Deposition Transcript Cont'd (Mar. 6, 2019)
Ex. 24   Email Announcing Withdrawal of Dr. Werner (Mar. 8, 2019)
Ex. 25   Email Responding to Announcement of Withdrawal (Mar. 11, 2019)
Ex. 26   Patient List
Ex. 27   Patient List
Ex. 28   Intentionally Omitted
Ex. 29   Alleged Immune Serum Experiment No. 2 Protocol with Accompanying Charts
Ex. 30   Alleged Notes on Penitentiary Experiments
Ex. 31   Alleged Immune Experiment No. 13 Protocol
Ex. 32   Alleged Patient Card for an Arturo Giron Alvarez
Ex. 33   Alleged Patient List from Insane Asylum
Ex. 34   Susan M. Reverby, Ph.D. Deposition Transcript (Mar. 26, 2019)
Ex. 35   Jeffrey Klausner, M.D. Deposition Transcript (Mar. 15, 2019)
Ex. 36   Sheila Lukehart, Ph.D. Deposition Transcript (May 16, 2019)
Ex. 37   Declaration of Pedro Mendoza Montano ("M.D.")
Ex. 38   M.D. Ex. A- Curriculum Vitae Pedro Mendoza Montano
Ex. 39   M.D. Ex. B- 4.17.2019 Milian affidavit
Ex. 40   M.D. Ex. B- 5.28.2019 Ex. A-1 to affidavit (Hector Arriaza)
Ex. 41   M.D. Ex. B- 5.28.2019 Ex. A-2 to affidavit (Hector Arriaza)
Ex. 42   M.D. Ex. B- 5.28.2019 Ex. A-3 to affidavit (Hector Arriaza)
Ex. 43   M.D. Ex. B- 5.28.2019 Ex. B-1 to affidavit (Francisco Garcia)
Ex. 44   M.D. Ex. B- 5.28.2019 Ex. B-2 to affidavit (Francisco Garcia)
Ex. 45   M.D. Ex. B- 5.28.2019 Ex. B-3 to affidavit (Francisco Garcia)
Ex. 46   M.D. Ex. B- 5.28.2019 Ex. C-1 to affidavit (Clara Luz)
Ex. 47   M.D. Ex. B- 5.28.2019 Ex. C-2 to affidavit (Clara Luz)
Ex. 48   M.D. Ex. B- 5.28.2019 Ex. C-3 to affidavit (Clara Luz)
Ex. 49   M.D. Ex. B- 5.28.2019 Ex. D-1 to affidavit (Arturo Giron)
Ex. 50   M.D. Ex. B- 5.29.2019 Plaintiffs' estate administration letter to court
Ex. 51   M.D. Ex. B- 7.1.2019 Milian affidavit and Arturo Giron papers

| | |
|---|---|
| Ex. 52 | M.D. Ex. B- Milian affidavit |
| Ex. 53 | M.D. Ex. C- 4.19.2019-Plaintiffs' letter to court |
| Ex. 54 | M.D. Ex. C- 7.1.2019 Plaintiffs' letter to court |
| Ex. 55 | M.D. Ex. D- Informe Testamento Arturo Giron Alvarez 2nd Registry |
| Ex. 56 | M.D. Ex. D- Informe Testamento Arturo Giron Alvarez |
| Ex. 57 | M.D. Ex. D-Informe Testamento Clara Luz Fernandez De Valiente 2nd Registry |
| Ex. 58 | M.D. Ex. D-Informe Testamento Clara Luz Fernandez De Valiente |
| Ex. 59 | M.D. Ex. D-Informe Testamento Francisco Garcia Alvarez 2nd Registry |
| Ex. 60 | M.D. Ex. D-Informe Testamento Francisco Garcia Alvarez |
| Ex. 61 | M.D. Ex. D-Informe Testamento Hector Arriaza Alvarez 2nd Registry |
| Ex. 62 | M.D. Ex. D-Informe Testamento Hector Arriaza Alvarez |
| Ex. 63 | M.D. Ex. D-Succesory Register information Arturo Giron Alvarez |
| Ex. 64 | M.D. Ex. D-Succesory Register information Clara Luz Fernandez De Valiente |
| Ex. 65 | M.D. Ex. D-Succesory Register information Francisco Garcia Alvarez |
| Ex. 66 | M.D. Ex. D-Succesory Register information Hector Arriaza Alvarez |
| Ex. 67 | M.D. Ex. D-Succesory Register information |
| Ex. 68 | Negative Test Results for Villalobos |
| Ex. 69 | Letter from John C. Cutler to John F. Mahoney (Sept. 11, 1947) |
| Ex. 70 | Letter Reclassifying Claims (Aug. 13, 2019) |
| Ex. 71 | Ramiro Galvez Villalobos Deposition Transcript (Feb. 4, 2019) |
| Ex. 72 | Marriage Certificate |
| Ex. 73 | Manuel Chun Mucu Answers to Interrogatories (Nov. 2018) |
| Ex. 74 | Francisco Garcia Alvarez Declaration (Oct. 11, 2013) |
| Ex. 75 | Malarkey Email (Jan. 1, 2019) |
| Ex. 76 | Declaration of Giron Alvarez's Daughter (English translation at Ex. 181) |
| Ex. 77 | VanSlyke, New Horizons in Medical Research (Dec. 13, 1946) |
| Ex. 78 | Reimbursement Submission Form From Turner to PHS for SSS work (May 26, 1948) |
| Ex. 79 | Letter from E. Stebbins Recommending that Moore be re-appointed as adjunct professor (Apr. 30, 1948) |
| Ex. 80 | Baltimore Sun article noting that Moore had been an associate professor in School of Medicine and would be appointed as adjunct professor in School of Hygiene and Public Health (Apr. 21, 1942) |
| Ex. 81 | Letter from Moore seeking approval of budget for unrelated nationwide penicillin study. (Oct. 4 1946) |

3

Ex. 82   Feb. 4, 1946 minutes from executive committee of School of Hygiene and Public Health, noting that Dr. Eagle appointed adjunct professor of bacteriology

Ex. 83   Letter from Dr. Turner to Harry Buck noting Turner would need approval for proposed research proposal (Feb. 13, 1950)

Ex. 84   Letters and Documents regarding nationwide penicillin study, Drs. Reed, Moore, Allen, Ellis, Stebbins, Jan. 30, 1947; Mar. 3, 1947; Mar. 11, 1947; Apr. 10, 1947; Apr. 11, 1947; Apr. 14, 1947; Apr. 15, 1947; May 24, 1947.

Ex. 85   Letter from John F. Mahoney to John C. Cutler (May 5, 1947)

Ex. 86   Letter from John F. Mahoney to Cutler about arsenic shipment (Sept. 12, 1946)

Ex. 87   Letter from Arnold to Cutler about arsenic shipment (Sept. 20, 1946)

Ex. 88   Letter from Moore to Longfellow (Jan. 2, 1948)

Ex. 89   WHO/PASB annual report (Jan. 1949)

Ex. 90   Articles of Incorporation – The Johns Hopkins Health System Corporation (May 27, 1986)

Ex. 91   The John Hopkins Hospital Certificate of Incorporation

Ex. 92   The John Hopkins University Certificate of Incorporation (Aug. 20, 1963)

Ex. 93   Harry Eagle Curriculum Vitae

Ex. 94   The Rockefeller Foundation Original Charter (May 14, 1913)

Ex. 95   Rockefeller Foundation, Constitution, By-Laws & Charter (1938)

Ex. 96   Farley, John, To Cast Out Disease: A History of the International Health Division of the Rockefeller Foundation, (1913-1951), Oxford University Press, Inc. (2003) (Introduction & Chapter 16)

Ex. 97   Rockefeller Foundation Commission On Review of the IHD: Expenditures of the IHD (1913-1959)

Ex. 98   A Brief History of The Rockefeller Foundation (1913-1950)

Ex. 99   Letter from Thomas Turner to Hugh Smith (Nov. 13, 1945)

Ex. 100  Hugh Smith Diary Note (Nov. 20, 1945)

Ex. 101  Proposal: Rockefeller Foundation Grants for Syphilis Research (July 7, 1948)

Ex. 102  Final Syphilis Report Part I (1955)

Ex. 103  Rockefeller Foundation Expenditures By Geographic Areas (May 22, 1913-December 31, 1953)

Ex. 104  Financial Transactions of The Rockefeller Foundation, Year-End 1947 (Feb. 19, 1948)

Ex. 105  Lynne Page Snyder, The Career of Surgeon General Thomas J. Parran, Jr., MD, (1892-1968), 110 Public Health Rep. 630, 631 (1995)

Ex. 106  Memorandum: Function of the Board of Scientific Directors of Rockefeller Foundation International Health Division (Jan. 4, 1946)

| | |
|---|---|
| Ex. 107 | Report of the Director to the Directing Council of the Pan American Sanitary Bureau (Sept. 24, 1947) |
| Ex. 108 | Soper, Fred L., Ventures in World Health: The Memoirs of Fred Lowe Soper, ed. John Duffy, Washington, DC: Pan American Health Organization (1977) (Chapters 16 & 18) |
| Ex. 109 | Meeting of the Executive Committee of the Pan American Sanitary Organization (May 1948) |
| Ex. 110 | Estus Magoon Report on Visit to Guatemala (Sept. 14-17, 1946) |
| Ex. 111 | Letter from John C. Cutler to John F. Mahoney (Feb. 4, 1947) |
| Ex. 112 | Letter from John C. Cutler to John F. Mahoney (Jan. 2, 1947) |
| Ex. 113 | Letter from John C. Cutler to John F. Mahoney (Sept. 3, 1946) |
| Ex. 114 | Letter from John F. Mahoney to John Cutler (Jan. 20, 1947) |
| Ex. 115 | Letter from R.C. Arnold to John C. Cutler (Feb. 27, 1947) |
| Ex. 116 | Letter from R.C. Arnold to John C. Cutler (Apr. 18, 1947) |
| Ex. 117 | Letter from R.C. Arnold to John C. Cutler (Dec. 30, 1947) |
| Ex. 118 | Annual Report of the Director of the PASB (Sept. 8, 1952) |
| Ex. 119 | Rockefeller Archive Center, George Strode Curriculum Vitae |
| Ex. 120 | Fred Soper Diary Entry (Jan. 29, 1947) |
| Ex. 121 | Letter from George Strode to Paul Russell (Jan. 31, 1947) |
| Ex. 122 | Letter from Fred Soper to Greer Williams (March 19, 1964) |
| Ex. 123 | Fred Soper Activity Report (Apr. 22, 1947) |
| Ex. 124 | Letter from Fred Soper to George Strode (Aug. 7, 1947) |
| Ex. 125 | Report of the Director of PASB to the Member States of the PASB (1947-1950) |
| Ex. 126 | Fred Soper Diary Entry (Feb. 21, 1948) |
| Ex. 127 | Letter from Fred Soper to George Strode (May 23, 1947) |
| Ex. 128 | George Strode Diary Entry (Dec. 14, 1948)(begins at 42) |
| Ex. 129 | Letter from John C. Cutler to John F. Mahoney (Jan. 7, 1947) |
| Ex. 130 | Letter from John C. Cutler to John F. Mahoney (Jan. 7, 1947) |
| Ex. 131 | Letter from John C. Cutler to John F. Mahoney (Aug. 25, 1947) |
| Ex. 132 | Letter from John C. Cutler to John F. Mahoney (Feb. 6, 1948) |
| Ex. 133 | Letter from John C. Cutler to John F. Mahoney (Feb. 12, 1946) |
| Ex. 134 | Letter from John C. Cutler to John F. Mahoney (Jan. 20, 1947) |
| Ex. 135 | Letter from John Murdock to John C. Cutler (Dec. 26, 1947) |
| Ex. 136 | Hugh Smith Diary Entry (Oct. 31, 1947) |

Ex. 137   Paul Russell Diary Entry (Oct. 31, 1947)
Ex. 138   Letter from John F. Mahoney to John C. Cutler (Dec. 23, 1946)
Ex. 139   Letter from Coatney to John C. Cutler (Feb. 17, 1947)
Ex. 140   Letter from Fred Soper to D.K. Kitchen (July 29, 1957)
Ex. 141   National Advisory Health Council: Projects Approved Through June 1947 (June 20, 1947)
Ex. 142   Fred Soper Diary Entries Regarding Trip to Guatemala (July 5 to July 11, 1947)
Ex. 143   Letter from John C. Cutler to John F. Mahoney (March 12, 1947)
Ex. 144   Letter from Richard Arnold to John C. Cutler (Apr. 10, 1947)
Ex. 145   Letter from R.C. Arnold to John C. Cutler (Apr. 19, 1948)
Ex. 146   Letter from John F. Mahoney to John C. Cutler (Aug. 11, 1947)
Ex. 147   Letter From John C. Cutler to John F. Mahoney (Aug. 25, 1947)
Ex. 148   Letter from John F. Mahoney to John C. Cutler (Sept. 8, 1947)
Ex. 149   Letter from Fred Soper to George Strode (Feb. 24, 1947)
Ex. 150   Letter from George Strode to Fred Soper (Feb, 27, 1947)
Ex. 151   Strode Diary Entry 1948
Ex. 152   May 9, 1946 Strode Diary Entry
Ex. 153   June 13, 1947 Strode Diary Entry
Ex. 154   Letter from George Strode to Fred Soper (Feb. 13, 1947)
Ex. 155   Letter from Jay Dresser to Hugh Smith (June 5, 1946)
Ex. 156   Letter from the Foundation Enclosing Approved Budget (1946-1947) (June 7, 1946)
Ex. 157   Letter from John Ferrell to Lowell Reed (June 12, 1944)
Ex. 158   Turner Syphilis Studies, Budget Period July 1, 1944 – June 30, 1945
Ex. 159   Letter from Henry Baker to The Rockefeller Foundation (Jan. 8, 1945)
Ex. 160   Letter from Hugh Smith to L.J. Reed (Jan. 25, 1945)
Ex. 161   Letter from Henry Baker to the Rockefeller Foundation (July 30, 1946)
Ex. 162   Letter from Henry Baker to the Rockefeller Foundation (June 23, 1947)
Ex. 163   International Health Division Budget Revision (June 21, 1948)
Ex. 164   Letter from Henry Baker to The Rockefeller Foundation (June 29, 1948)
Ex. 165   Letter from George Beal to Lowell Reed (July 27, 1945)
Ex. 166   Proposed Budget for Syphilis Study (July 31, 1944)
Ex. 167   International Health Division Budget Approval for Syphilis Studies (June 11, 1945)
Ex. 168   Letter and Proposal from Thomas Turner to Hugh Smith (Nov. 23, 1945)

| | |
|---|---|
| Ex. 169 | Letter from Thomas Turner to Hugh Smith (Aug. 6, 1947) |
| Ex. 170 | Agreements and Announcements Concerning Policy and Program of The Rockefeller Foundation (March 12, 1946) |
| Ex. 171 | Pl. No. 499 Maria Lopez (Cutler No. 211) (unredacted) |
| Ex. 172 | Pl. No. 656 Jose Molina (Cutler No. 112) (unredacted) |
| Ex. 173 | BMS Publication re Penicillin |
| Ex. 174 | Dr. Lukehart Report |
| Ex. 175 | Schwartz Deposition Transcript |
| Ex. 176 | Guatemala Report, Oct. 2011 Consentir el Dano - in Spanish |
| Ex. 177 | Guatemala Report, Oct. 2011 Consentir el Dano - Official English Translation |
| Ex. 178 | Guatemala Report, April 2011 Technical Commission - in Spanish |
| Ex. 179 | Guatemala Report, Archival - in Spanish |
| Ex. 180 | Guatemala Report, Archival - Unofficial English Translation |
| Ex. 181 | Declaration of Giron Alvarez's Daughter – English Translation |
| Ex. 182 | List of Remaining Plaintiffs Pursuing Claims Based on Alleged Infection with Syphilis |
| Ex. 183 | List of Remaining Plaintiffs Pursuing Battery Claims |
| Ex. 184 | List of Remaining Plaintiffs Pursuing Loss of Consortium Claims |
| Ex. 185 | Minutes of Meeting, U.S. PHS National Advisory Health Council (Mar. 14-15, 1947) |
| Ex. 186 | Constitution of the Pan American Sanitary Organization (Approved Oct. 1, 1947) |
| Ex. 187 | Constitution of the World Health Organization |
| Ex. 188 | NARA Records Re: Arturo Giron Alvarez (Plaintiff #1, Subject #88) |
| Ex. 189 | NARA Records Re: Martin Caal (Plaintiff #9, Subject #176) |
| Ex. 190 | NARA Records Re: Juan de Dios Alvarado (Plaintiff #145, Subject #267) |
| Ex. 191 | NARA Records Re: Mateo Caal Tzib (Plaintiff #307, Subject #308) |
| Ex. 192 | NARA Records Re: Francisco Sub (Plaintiff #437, Subject #281) |
| Ex. 193 | NARA Records Re: Fidel Ramos (Plaintiff #467, Subject #186) |
| Ex. 194 | NARA Records Re: Maria Lopez (Plaintiff #499, Subject #211) |
| Ex. 195 | NARA Records Re: Felix Molina Pop (Plaintiff #557, Subject #248) |
| Ex. 196 | NARA Records Re: Margarita Garcia (Plaintiff #563, Subject #258) |
| Ex. 197 | NARA Records Re: Adan Vasquez (Plaintiff #577) |
| Ex. 198 | NARA Records Re: Juan Mendez (Plaintiff #598) |

| | |
|---|---|
| Ex. 199 | NARA Records Re: Carlos Perez Lopez (Plaintiff #630, Subject #147) |
| Ex. 200 | NARA Records Re: Manuel Chun Mucu (Plaintiff #649, Subject #307) |
| Ex. 201 | NARA Records Re: Jose Molina (Plaintiff #656, Subject #112) |
| Ex. 202 | NARA Records Re: Maria Mendez (Plaintiff #662, Subject #237) |
| Ex. 203 | NARA Records Re: Juan Caal Pacay (Plaintiff #716, Subject #252) |
| Ex. 204 | NARA Records Re: Daniel De Leon (Plaintiff #723, Subject #319) |
| Ex. 205 | NARA Records Re: Jose Lopez Hernandez (Plaintiff #733, Subject #236) |
| Ex. 206 | NARA Records Re: Antonio Perez Santiago (Plaintiff #762, Subject #179) |
| Ex. 207 | NARA Records Re: Alfredo Moran (Plaintiff #775, Subject #26) |
| Ex. 208 | Affidavit of Jeffrey D. Klausner, M.D., M.P.H. |
| Ex. 209 | Report of Commission on Review of the International Health Division (November 1951) |
| Ex. 210 | Excepts from Shaplen, Toward the Wellbeing of Mankind: 50 years of The Rockefeller Foundation (1964) |
| Ex. 211 | Excerpts from Fosdick, The Story of The Rockefeller Foundation (1952) |
| Ex. 212 | Excerpts from Turner, Heritage of Excellence |
| Ex. 213 | Excerpt from The Rockefeller Foundation Annual Report (1945) |
| Ex. 214 | Johns Hopkins University Syphilis 1946 Annual Report |
| Ex. 215 | Susan Reverby, Historical Accounting, Jan. 10. 2019 (Rule 26 Report) |
| Ex. 216 | Curriculum Vitae of Frederick Lowe Soper, M.D. |
| Ex. 217 | Letter from Thomas Parran to Elnar Reitz (June 24, 1947) |
| Ex. 218 | Curriculum Vitae of Joseph Earle Moore, M.D. |
| Ex. 219 | Curriculum Vitae of Thomas Bourne Turner, M.D. |
| Ex. 220 | Turner, McLeod, et al. *Cross Immunity in Experimental Syphilis, Yaws, and Venereal Spirochetosis of Rabbits,* Am. Jnl. Epidemiology (Sept. 1947) |
| Ex. 221 | Curriculum Vitae of Harry Eagle, M.D. |
| Ex. 222 | Biographical Information regarding Lowell J. Reed, M.D. |
| Ex. 223 | Excerpts from The Rockefeller Foundation Annual Report (1946) |
| Ex. 224 | List of Scientific Directors of the International Health Division of The Rockefeller Foundation 1929-1950 |
| Ex. 225 | Excerpts from Moore, Penicillin in Syphilis (1946) |

Ex. 226  J.E. Moore, Memorandum to Members of Subcommittee on Venereal Disease (Feb. 14, 1942)

Ex. 227  J.E. Moore, *The Chemotherapy of Syphilis* (1945)

Ex. 228  INTENTIONALLY LEFT BLANK

Ex. 229  Excerpts from Harry Marks, The Progress of Experiment: Science and Therapeutic Reform in the US 1900-1990 (1997)

Ex. 230  J. Mahoney, *Some Significant Aspects of Venereal Disease Research*, Journal of Venereal Disease Info., Vol. 28, No. 7 (July 1947)

Ex. 231  Letter from George Mast to J.E. Moore (June 3, 1947)

Ex. 232  Letter from Thomas Turner to J.E. Moore (May 29, 1947)

Ex. 233  Letter from J.E. Moore to C.J. Van Slyke (June 28, 1947)

Ex. 234  Letter from Frederick Soper to George Strode (Feb. 11, 1947)

Ex. 235  Letter from George Strode to Frederick Soper (Jan. 31, 1947)

Ex. 236  Dr. Soper Diary Entry (Feb. 4, 1949)

Ex. 237  Rockefeller Foundation Memo re: International Health Division and Other International Health Organizations (December 1950)

Ex. 238  Letter from George Beal to Frederick Soper (Feb. 18, 1947)

Ex. 239  Dr. Soper Diary Entry (Dec. 17, 1947)

Ex. 240  Letter from George Strode to C.H. Barlow (Mar. 31, 1950)

Ex. 241  Letter from Frederick Soper to George Strode (Jan. 31, 1947)

Ex. 242  Summary of Minutes of Rockefeller Foundation Trustee Meeting (April 2, 1947)

Ex. 243  Frederick Soper's Statement of Personal History, Government Form (Feb. 15, 1952)

Ex. 244  Letter from Norma Thompson to Frederick Soper (April 3, 1946)

Ex. 245  Letter from Norma Thompson to Frederick Soper (April 3, 1947)

Ex. 246  Letter from Flora Rhind to Frederick Soper (April 8, 1948)

Ex. 247  Letter from Flora Rhind to Frederick Soper (April 8, 1949)

Ex. 248  Letter from Flora Rhind to Frederick Soper (April 6, 1950)

Ex. 249  Letter from George Strode to Frederick Soper (Dec. 12, 1947)

Ex. 250  Letter from John Cutler to Frederick Soper (Nov. 16, 1947)

Ex. 251  Dr. Soper Diary Entries (October 30 through Nov. 3, 1947)

| | |
|---|---|
| Ex. 252 | Dr. Soper Diary Entries (Nov. 24, 1947) |
| Ex. 253 | Letter from John Cutler to Frederick Soper (Aug. 27, 1948) |
| Ex. 254 | Dr. Soper Diary Entries (Nov. 4, 1948) |
| Ex. 255 | Pan American Sanitary Bureau Executive Committee Meeting Minutes (April 28 through May 3, 1947 |
| Ex. 256 | Letter from Frederick Soper to Ernest Stebbins (April 20, 1950) |
| Ex. 257 | Susan Lederer Deposition Transcript |
| Ex. 258 | Jonathan Zenilman Deposition Transcript |
| Ex. 259 | Letter from John Mahoney to John Cutler (Feb. 19, 1948) |
| Ex. 260 | ASTDA Press Release Re: Dr. Thomas Parran Award |
| Ex. 261 | Lombardo, *When Heroes Stumble*, Sexually Transmitted Diseases, Vol. 40, No. 4 (April 2013) |
| Ex. 262 | Letter from John Mahony to John Cutler (Sep. 20, 1946) |
| Ex. 263 | Letter from John Mahony to John Cutler (Oct. 15, 1946) |
| Ex. 264 | Kayte Spector-Bagdady and Paul Lombardo, *Something of an Adventure: Postwar NIH Research Ethos and the Guatemala STD Experiments*, Journal of Law, Medicine and Ethics (Fall 2013) |
| Ex. 265 | Letter from Hans Neurath to John Mahoney (March 20, 1947) |
| Ex. 266 | Letter from Hans Neurath to John Mahoney (June 10, 1948) |
| Ex. 267 | Excerpts from Part VII of Final Cutler Report (1955) |
| Ex. 268 | Letter from Charlotte McLeod to Thomas Turner (May 29, 1946) |
| Ex. 269 | Letter from Thomas Turner to Charlotte McLeod (June 4, 1946) |
| Ex. 270 | Letter from Elaine Updyke to Charlotte McLeod (July 15, 1946) |
| Ex. 271 | Letter from Richard Arnold to John Cutler (Jan. 27, 1947) |
| Ex. 272 | Letter from Richard Arnold to John Cutler (Apr. 11, 1947) |
| Ex. 273 | Letter from Richard Arnold to John Cutler (Dec. 1, 1947) |
| Ex. 274 | Letter from John Mahoney to John Cutler (May 5, 1947) |
| Ex. 275 | Letter from Hans Neurath to C.J. Van Slyke (June 10, 1946) |
| Ex. 276 | Letter from C.J. Van Slyke to Harry Eagle (Aug. 5, 1946) |
| Ex. 277 | Harry Eagle, *Relation of the Size of the Inoculum and the Age of the Infection to the Curative Dose of Penicillin in Experimental Syphilis with Particular Reference to the Feasibility of its Prophylactic Use*, Journal of Experimental Medicine (1947) |

| | |
|---|---|
| Ex. 278 | Letter from John Cutler to John Mahoney (Nov. 5, 1946) |
| Ex. 279 | Minutes of Subcommittee on Venereal Diseases (April 17, 1952) |
| Ex. 280 | United States Department of Health and Human Services Report |
| Ex. 281 | Curriculum Vitae of Thomas Parran, M.D. |
| Ex. 282 | Letter from John Mahoney to Frederick Soper (Nov. 24, 1947) |
| Ex. 283 | Johns Hopkins University Memorandum to Investigators or Those in Charge of Projects under Contracts with Government Agencies or Industrial Concerns (Mar. 28, 1946) |
| Ex. 284 | National Advisory Health Council Meeting Minutes (March 8-9, 1946) |
| Ex. 285 | Excerpts from Photos of Asylum Victims |
| Ex. 286 | A: Norma Lorenzo's Declaration regarding Ramiro Galvez Villalobos<br>B: English Translation |
| Ex. 287 | Deposition of Reginaldo Ramirez Mendez |
| Ex. 288 | A: Alfredo Moran – Honor Guard documents<br>B: English Translation |
| Ex. 289 | Affidavit of Diego Montufar |
| Ex. 290 | Curriculum Vitae of Diego Montufar |
| Ex. 291 | Curriculum Vitae of John Cutler, M.D. |
| Ex. 292 | Baltimore Sun Article re: Hopkins research grants (October 1, 1947) |
| Ex. 293 | Mahoney, et al., *Experimental Gonococcic Urethritis in Human Volunteers*, Am. Jour. Of Syphilis, Gonorrhea and Venereal Diseases, Vol. 30, No. 1 (Jan. 1946) |
| Ex. 294 | Curriculum Vitae of Jeffrey Klausner, M.D. |
| Ex. 295 | Records considered by the U.S. Presidential Commission |
| Ex. 296 | Supplemental Declaration of Pedro Mendoza Montano |
| Ex. 297 | Dec. 16, 1947 minutes from executive committee of School of Hygiene and Public Health. |
| Ex. 298 | Apr. 30, 1946 minutes from executive committee of School of Hygiene and Public Health |
| Ex. 299 | Personal Identification for Manuel Chun Mucu |
| Ex. 300 | Meeting Minutes, National Advisory Health Council, March 8-9, 1946 |
| Ex. 301 | Rockefeller Foundation List of Principal Officers |

| | |
|---|---|
| Ex. 302 | Rockefeller Foundation Handbook for Officers (1949) |
| Ex. 303 | Rockefeller Foundation Resolutions |
| Ex. 304 | International Health Division Memorandum for Staff Members (1947) |
| Ex. 305 | Letter from Dr. Soper to Dr. Hugh Smith (Apr. 22, 1947) |
| Ex. 306 | Stout & Cutler Article in *Journal of Venereal Disease Information* (Sept. 1951) |
| Ex. 307 | Rockefeller Foundation Interoffice Correspondence re: Retirement of Dr. Fred L. Soper (Nov. 22, 1950) |
| Ex. 308 | Fred Soper Diary Entry (Oct. 20, 1947) |
| Ex. 309 | Report of the Director to the PASB Directing Council (Sept. 24, 1947) |
| Ex. 310 | Public Health Service Research Grants, 1946-47 |
| Ex. 311 | Intentionally Omitted |
| Ex. 312 | Fifth Affidavit of Diego Montufar |
| Ex. 313 | Letter from Dr. Mahoney to Dr. Cutler (Sept. 3, 1948) |
| Ex. 314 | Fred Soper Diary Entries (July 23-29, 1948) |
| Ex. 315 | George Strode Diary Entry (Aug. 16, 1948) |
| Ex. 316 | Letter from Dr. Mahoney to Dr. Cutler (Aug. 11, 1948) |
| Ex. 317 | Letter from Dr. Cutler to Dr. Soper (Oct. 26, 1948) |
| Ex. 318 | 1948 Syphilis Study Section minutes |
| Ex. 319 | 1946 Syphilis Study Section minutes |