# Exhibit 141

JR-0002641

NIH.08.001062

Case 1:15-cv-00950-TDC   Document 413-1   Filed 03/16/20   Page 3 of 3

REPRODUCED AT THE NATIONAL ARCHIVES

June 11, 1947

COMMITMENTS - F. Y. 1948

SCHEDULE III  CONTINUATION PROJECTS APPROVED THROUGH THE JUNE 1947 NAHC MEETING, PAYABLE AT THE RATE OF 85%.

| RG # | EFFECTIVE BEGINNING DATE | INVESTIGATOR | INSTITUTION | SS | AMOUNT APPROVED | AMOUNT TO BE PAID (85%) |
|---|---|---|---|---|---|---|
| 5-C2 | 7/1/47 | Evans | Mass.Inst.of Tech. | Radio. | $ 71,814 | $ 61,041 |
| 6-C2 | " | Burrows | U. of Chicago | Bact. | 16,006 | 13,605 |
| 7-C2 | " | Cattell | Cornell U. | Pharm. | 18,446 | 15,679 |
| 8-C2 | " | Cooper | Child.Hosp.,Cinci. | Bact. | 6,100 | 5,185 |
| 10-C2 | " | Geiman | Harvard U. | Mal. | 30,996 | 26,346 |
| 11-C2 | " | Scott | Child.Hosp.,Phila. | V & R | 35,640 | 30,294 |
| 20-C(R) | " | Lauffer | U. of Pittsb. | V & R | 7,400 | 6,290 |
| 24-C2 | " | Treffers | Yale U. | Bact. | 13,446 | 11,429 |
| 25-C2 | " | Wintrobe | U. of Utah | Hema. | 31,050 | 26,392 |
| 34-C2 | " | Kabat | Columbia U. | Hema. | 10,368 | 8,812 |
| 40-C2 | 7/1/47 | Boyd | Boston U. | Hema. | 4,050 | 3,442 |
| 47-C | 7/1/47 | Schmidt | Christ Hosp. | Mal. | 46,000 | 39,100 |
| 50-C | " | Dameshek | Tufts Coll. | Hema. | 12,960 | 11,016 |
| 52-C | " | Miller | Columbia U. | Bact. | 5,832 | 4,957 |
| 55-C | " | Downs | U. of Kansas | " | 4,240 | 3,604 |
| 56-C | " | Goldsmith | Tulane U. | B & N | 27,540 | 23,409 |
| 57-C | " | Steele | N. Y. U. | Cardio. | 13,824 | 11,750 |
| 58-C | " | Anderson | U. of Calif. | Pharm. | 12,852 | 10,924 |
| 59-C | " | Schroeder | Wash. U. | Cardio. | 58,320 | 49,572 Sch.V |
| ~~61-C~~ | " | ~~Packardwright~~ | ~~Saranac Lab.~~ | T.B. | 12,852 | 10,924 |
| 63-C | " | Wintrobe | U. of Utah | Phys. | 108,000 | 91,800 |
| 65-C | " | Mahoney Soper | Pan.Am.San.Bur. | Syph-VD | To be paid by VD | |
| 66-C | " | Beeson | Emory U. | Phys. | 10,970 | 9,324 |
| 67-C | " | Beckman | Marquette U. | Mal. | 5,500 | 4,675 |
| 70-C | " | Carpenter | U. of Roch. | Bact. | 8,424 | 7,160 |
| 75-C | " | Nungester | U. of Mich. | Hema. | 10,854 | 9,225 |
| 80-C | " | Spink | U. of Minn. | Bact. | 17,226 | 14,642 |
| 83-C | 8/12/47 | Rosebury | Columbia U. | Dent. | 8,839 | 7,513 |
| 85-C | 7/1/47 | Addis | Stanford U. | Cardio. | 9,720 | 8,262 |
| 86-C(B) | 6/15/47 | Swan | U. of Colo. | " | 1,701 | 1,445 |
| 87-C | 7/1/47 | Eagle | Johns Hopkins U. | Anti. | 12,528 | 10,648 |
| 91-C(B) | 6/1/47 | Perlzweig | Duke U. | B & N | 2,887 | 2,453 241 |
| 93-C | 7/1/47 | Meyer | U. of Wisc. | " | 7,000 | 5,950 |
| 96-C | " | Williams | U. of Wisc. | Hema. | 10,800 | 9,180 |
| 97-C | " | Hill | U. of Tenn. | M & E | 14,925 | 12,686 |
| 99-C(B) | 6/1/47 | Hughes | U. of Tenn. | Phys. 2619 | 5,238 | 4,452 22 |
| 100-C | 7/1/47 | Waring | U. of Colo. | Radio. | 28,512 | 24,235 |
| 101-C | " | Quigley | U. of Tenn. | Phys. | 4,579 | 3,892 |
| 103-C(B) | " | Clawson | U. of Minn. | Cardio. | 2,646 | 2,249 1,1 |
| 104-C | " | Neurath | Duke U. | B & N | 14,120 | 12,002 |
| 108-C | " | Clarke | Scripps Met. Cl. | Phys. | 4,600 | 3,910 |
| 115-C | 8/1/47 | Price | U. of Utah | Hema. | 8,100 | 6,885 |
| ~~116-C~~ | 7/1/47 | ~~Packard~~ Hauper Saranac Lab. | T.B. | 18,792 | 15,973 S |
| 120-C | " | Campbell, Rasmussen of Mich. Minn. | Path. | 10,199 | 8,669. |
| 122-C | " | Keys | U. of Minn. | Cardio. | 34,344 | 29,192 |
| 131-C | " | Van Huysen | Indiana U. | Dent. | 4,824 | 4,100 |
| 133-C(B) | " | Phillips | Indiana U. | " | 2,916 | 2,478 |
| 134-C | " | Welch | Western Res. U. | Hema. | 10,692 | 9,088 |
| 135-C | " | Thompson | U. of Colo. | Hema. | 7,128 | 6,058 |

SCHEDULE III

(B) INDICATES balance due where part payments has been made from 1947 Funds.

JR-0002643