FILED: June 24, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-1530
(1:15-cv-00950-TDC)

_____

ESTATE OF ARTURO GIRON ALVAREZ, by and through Maria Ana Giron Galindo; THE 773 INDIVIDUALS IDENTIFIED ON EXHIBIT 1 TO THE COMPLAINT; UNKNOWN USE PLAINTIFFS

    Plaintiffs - Appellees

v.

THE JOHNS HOPKINS UNIVERSITY; THE JOHNS HOPKINS SCHOOL OF MEDICINE; THE JOHNS HOPKINS HOSPITAL; THE JOHNS HOPKINS BLOOMBERG SCHOOL OF PUBLIC HEALTH, f/k/a Johns Hopkins University School of Hygiene and Public Health; THE JOHNS HOPKINS HEALTH SYSTEM CORPORATION

    Defendants - Appellants

-------------------------------

CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA

    Amicus Supporting Appellant

CENTER FOR JUSTICE AND ACCOUNTABILITY; CENTER FOR CONSTITUTIONAL RIGHTS; EARTHRIGHTS INTERNATIONAL; INTERNATIONAL LAW SCHOLARS

    Amici Supporting Appellee

_____

O R D E R

_____

Upon consideration of the motion to voluntarily dismiss this case pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, and there appearing no opposition, the court grants the motion.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk