UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

ESTATE OF ARTURO GIRON ALVAREZ, et al.,

    Plaintiffs,

v.

THE JOHNS HOPKINS UNIVERSITY,
THE JOHNS HOPKINS UNIVERSITY
SCHOOL OF MEDICINE,
THE JOHNS HOPKINS HOSPITAL,
THE JOHNS HOPKINS BLOOMBERG
SCHOOL OF PUBLIC HEALTH,
THE JOHNS HOPKINS HEALTH
SYSTEMS CORPORATION and
THE ROCKEFELLER FOUNDATION,

    Defendants.

Civil Action No. TDC-15-0950

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that Defendants' Motions for Summary Judgment, ECF No. 455, are GRANTED, and Plaintiffs' Cross Motion for Summary Judgment, ECF No. 458, is DENIED. The Clerk is directed to close this case.

Date: April 18, 2022

THEODORE D. CHUANG
United States District Judge